**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TEXAS DEFENDER SERVICE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-426 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss, ECF No. 11, is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Complaint and Request for Injunctive Relief is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 9th day of April, 2019.

REGGIE B. WALTON
United States District Judge